IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEAL NORTH, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 11-302-GMS |
| CHINA INTELLIGENT LIGHTING & ELECTRONICS, INC., LI XUEMEI, KUI (KEVIN) JIANG, WU SHILIANG, MICHAEL ASKEW, SU YANG, ZHANG HONGFENG, MALONE-BAILEY, LLP, KEMPISTY & COMPANY CERTIFIED PUBLIC ACCOUNTANTS, P.C., RODMAN & RENSHAW, LLC, WESTPARK CAPITAL, INC., and AEGIS CAPITAL CORPORATION, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

WHEREAS, MaloneBailey, LLP ("Defendant") hereby acknowledges proper service of the Summons and Complaint in this action and waives any defense to improper service of process of the Summons and Complaint in this action;

WHEREAS, by accepting service of process of the Summons and Complaint, Defendant does not waive any other defenses that it may have in this action, including, but not limited to, a defense based on lack of personal jurisdiction;

WHEREAS, other related putative class action cases are currently pending in the United States District Court for the Central District of California;

WHEREAS, some or all of the claims asserted in this putative class action are governed by the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") which provides, among other things, that issues

- 2 -

relating to the consolidation of related federal securities law actions and the appointment of lead plaintiffs be addressed at the outset of such action, 15 U.S.C. §77Z-1(a)(1-3); and

WHEREAS, other defendants have previously submitted a stipulation calling for an extension of time to answer or otherwise respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court that the time within which Defendant shall move, answer or otherwise respond to the complaint in the above-captioned action is extended to and including 45 days after the filing of the consolidated complaint.

/s/ *James C. Strum*
James C. Strum (#2518)
Faruqi & Faruqi, LLP
20 Montchanin Road, Suite 145
Wilmington, DE 19087
(302) 482-3182
jstrum@faruqilaw.com

Attorneys for Plaintiff

OF COUNSEL:

Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue
Tenth Floor
New York, NY 10017

Jacob A. Goldberg
Sandra G. Smith
Faruqi & Faruqi, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19012
(215) 277-5770

/s/ *Joseph C. Schoell*
Joseph C. Schoell (#3133)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
joseph.schoell@dbr.com

Attorneys for Defendant MaloneBailey, LLP

OF COUNSEL:

Daniel J. Delaney
Bennett W. Lasko
Drinker Biddle & Reath LLP
191 N. Wacker, Suite 3700
Chicago, IL 60606
(312) 569-1000
daniel.delaney@dbr.com
bennett.lasko@dbr.com

- 3 -

SO ORDERED THIS \_\_\_\_\_ day of_____ , 2011.

                                                                                     United States District Judge