**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Neal North, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>CHINA INTELLIGENT LIGHTING & ELECTRONICS, INC., LI XUEMEI, KUI (KEVIN) JIANG, WU SHILIANG, MICHAEL ASKEW, SU YANG, ZHANG HONGFENG, MALONE-BAILEY, LLP, KEMPISTY & COMPANY CERTIFIED PUBLIC ACCOUNTANTS, P.C., RODMAN & RENSHAW, LLC, WESTPARK CAPITAL, INC., and AEGIS CAPITAL CORPORATION,<br><br>       Defendants. | C.A. No. 11-302-GMS |

**NOTICE OF DISMISSAL**

  PLEASE TAKE NOTICE that Plaintiff pursuant, to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses Aegis Capital Corporation ("Aegis") from the above-captioned action. Aegis is being dismissed because it was inadvertently included in the caption of the action.

  Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff hereby represents that no compensation in any form has passed directly or indirectly from Aegis to Plaintiff or any of Plaintiff's attorneys, and no promise to give any such compensation has been made.

|  |  |
|---|---|
| OF COUNSEL:<br><br>**FARUQI & FARUQI, LLP**<br>369 Lexington Avenue, 10th Floor<br>New York, New York 10017<br>(212) 983-9330 | **FARUQI & FARUQI, LLP**<br><br>By: */s/ James C. Strum* _____<br>James C. Strum (No. 2518)<br>20 Montchanin Road, Suite 145<br>Wilmington, Delaware 19807<br>Telephone: (302) 482-3182<br>Facsimilie: (302) 482-3612<br>Email: jstrum@faruqilaw.com<br><br>*Attorneys for the Plaintiff* |

Dated: May 31, 2011