**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Neal North, individually and on behalf of all others similarly situated, <br><br>          Plaintiff, <br><br>   v. <br><br> CHINA INTELLIGENT LIGHTING & ELECTRONICS, INC., LI XUEMEI, KUI (KEVIN) JIANG, WU SHILIANG, MICHAEL ASKEW, SU YANG, ZHANG HONGFENG, MALONE-BAILEY, LLP, KEMPISTY & COMPANY CERTIFIED PUBLIC ACCOUNTANTS, P.C., RODMAN & RENSHAW, LLC, WESTPARK CAPITAL, INC., and AEGIS CAPITAL CORPORATION <br><br>          Defendants. | C.A. No. 11-302-GMS |

**MOTION OF NEAL NORTH, ANDREW MARK KOWALSKI AND EVGUENIY TOUMBOV FOR APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

Pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Neal North ("North"), Andrew Mark Kowalski ("Kowalski") and Evgueniy Toumbov ("Toumbov" and collectively with North and Kowalski, "Movants") hereby move the Court for an entry of an Order: (1) appointing Movants as Lead Plaintiffs in this action (the "Action"); (2) approving their choice of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Movants believe that they are "the most adequate plaintiffs" under the PSLRA and should therefore be appointed Lead Plaintiffs. Specifically, Movants believe that collectively they have the largest financial interest in the relief

sought in this action as compared to plaintiffs in other similar actions filed by virtue of over $19,000 in losses they suffered on their investment in China Intelligent Lighting & Electronics, Inc. common stock. Further, the Movants also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, Movants will effectively monitor counsel as a group.

Further, while no other plaintiff filed in this District, Movants alert the Court that other actions were filed in the Central District of California. Prior to granting this Motion, this Action must be consolidated with the other actions.

This Motion is based upon the accompanying Opening Brief in support thereof, the Declaration of James C. Strum filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, North, Kowalski and Toumbov respectfully request that the Court: (1) appoint them as Lead Plaintiffs; (2) approve their selection of Lead Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: May 31, 2011

**FARUQI & FARUQI, LLP**

By: /s/ James C. Strum_____
James C. Strum (Bar I.D. #2518)
20 Montchanin Road, Suite 145
Wilmington, DE 19087
Telephone: (302) 482-3182
Facsimile: (302) 482-3612
Email: jstrum@faruqilaw.com

Antonio Vozzolo
**FARUQI & FARUQI, LLP**
369 Lexington Ave., Tenth Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: avozzolo@faruqilaw.com

Jacob A. Goldberg
Sandra G. Smith
**FARUQI & FARUQI, LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19012
Telephone: (215) 277-5770
Facsimile: (215) 277-5770
Email: jgoldberg@faruqilaw.com
        ssmith@faruqilaw.com

*Attorneys for Movants*