# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEAL NORTH, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHINA INTELLIGENT LIGHTING & ELECTRONICS, INC., LI XUEMEI, KUI (KEVIN) JIANG, WU SHILIANG, MICHAEL ASKEW, SU YANG, ZHANG HONGFENG, MALONE-BAILEY, LLP, KEMPISTY & COMPANY CERTIFIED PUBLIC ACCOUNTANTS, P.C., RODMAN & RENSHAW, LLC, WESTPARK CAPITAL, INC., and AEGIS CAPITAL CORPORATION,<br><br>    Defendants. | C.A. No. 1:11-CV-00302-GMS<br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that movants Universal Invest Quality SICAV, ACERCO SA, and Antoine de Sejournet (the "de Sejournet Funds" or the "Movants") hereby withdraw their Motion of de Sejournet Funds to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (D.I. 19) filed on May 31, 2011.

Dated: July 14, 2011                    Respectfully submitted,

**RIGRODSKY & LONG, P.A**

/s/ Brian D. Long
Seth D. Rigrodsky, Esq. (#3147)
Brian D. Long, Esq. (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Fax: (302) 654-7530
Email: SDR@rigrodskylong.com
Email: BDL@rigrodskylong.com

2

        **THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Attorneys for Movants*

2