# RIGRODSKY & LONG, P.A.

Attorneys at Law                                                                                                       www.rigrodskylong.com

Seth D. Rigrodsky
Admitted in DE, NY

Brian D. Long
Admitted in DE, PA

Timothy J. MacFall
Admitted in NY

Marc A. Rigrodsky
Admitted in CT, DC

Scott J. Farrell
Admitted in NJ, NY

Gina M. Serra
Admitted in DE, NJ, PA

July 14, 2011

**VIA CM/ECF**

The Hon. Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *North v. China Intelligent Lighting & Electronics, Inc., et al.*
      C.A. No. 11-CV-302-GMS

Dear Chief Judge Sleet:

I write on behalf of movants Universal Invest Quality SICAV, ACERCO SA, and Antoine de Sejournet (the "de Sejournet Funds" or the "Movants"), whereby Movants are filing herewith a Notice of Withdrawal of their Motion of de Sejournet Funds to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (D.I. 19) filed on May 31, 2011 in the above-referenced action (the "Motion").

As noted in the Movants' brief in support of their Motion (D.I. 20) (the "Opening Brief"), there is related litigation pending in the United States District Court for the Central District of California (the "California Action") before Judge Philip S. Gutierrez. The related action is *In re China Intelligent Lighting and Electronics, Inc.*, Master File No. 11-CV-02768-PSG (SSx). As also noted in Movants' Opening Brief, on May 31, 2011, the de Sejournet Funds also filed a motion for their appointment as lead plaintiffs and for the appointment of lead counsel in the California Action. On July 7, 2011, Judge Gutierrez consolidated the California Action and appointed the de Sejournet Funds as Co-Lead Plaintiffs and their counsel as Co-Lead Counsel.

As also noted in Movants' Opening Brief, counsel for Movants believe that the litigation will go forward in the California Action. Therefore, in light of the de Sejournet Funds' and their counsel's appointment in the California Action, we respectfully withdraw the Motion in the instant action.

919 North Market Street, Suite 980
Wilmington, Delaware 19801
T 302.295.5310

585 Stewart Avenue, Suite 304
Garden City, New York 11530
T 516.683.3516

The Hon. Gregory M. Sleet  RIGRODSKY&LONG, P.A.
July 14, 2011
Page 2

      Should the Court have any questions, we are available at Your Honor's convenience.

Respectfully,

*/s/ **Brian D. Long***

Brian D. Long (#4347)

BDL/evm

cc:  All counsel of record (via CM/ECF)